CHARLES TWIST, as Administrator of EDWARD A. TWIST, Deceased, Respondent, *v.* THE CITY OF ROCHESTER, Appellant, Impleaded with Others.

*Twist* v. *City of Rochester*, 37 App. Div. 307, affirmed.
(Argued November 16, 1900; decided December 11, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 9, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*P. M. French* for appellant.

*Thomas Raines* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

CLIFFORD L. MILLER, Respondent, *v.* JOHN P. LEO, Appellant.

*Miller* v. *Leo*, 35 App. Div. 589, affirmed.
(Argued November 26, 1900; decided December 11, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1899, reversing a judgment in favor of defendant entered upon a decision of the court on trial at Special Term, and granting a new trial.

*Rudolf Dulon* and *J. Brewster Roe* for appellant.

*Jacob F. Miller* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.